## CHRONOLOGY

**January 2007**        Pen register on Anthony Suggs' cell phones started.

**January 4, 2007**        Controlled purchase from James Parker. The cooperator paid $3,500 and received in exchange an eight ounce bottle that later tested positive for PCP. During their meeting (which was taped), Parker told the cooperator that he needed to make a call. Pen register evidence established that the call was to Suggs.

**January 9, 2007**:        Beginning of wiretap on Suggs' cell phone ("Suggs Wiretap").

**January 10-12, 2007**    **Calls recorded by Suggs Wiretap**

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|---|---|---|---|---|
| 1/10/07 3 pm | 82 | Helery Price | Price: "I need to holla at you, talk to you." | Identified other party as Price. (2/28/08am Tr. at 93.) |
| 1/10/07 | Unknown | James Parker | Discussion about "getting together." (Based on trial testimony; transcript from activation not in record.) | Defense counsel asked whether they could have been getting together to "place bets or gamble." Bevington testified that "based on our investigation, all of the calls, I believe it would be about something different." (2/21/08am Tr. at 36.) |
| 1/10/07 5:30 pm | 89 | Julian Johnson | Johnson: "You dead now? Suggs: "Yeah." . . . Johnson: "I wanna go heavy . . . . I ain't got no storage bin." | Bevington testified that the inquiry "when he Said you dead now he meant does that mean you don't have any PCP." (2/19/08pm Tr. at 55.) Bevington also testified that when Johnson said he wanted to "go heavy," he meant he wanted a large quantity. (2/19/08pm at 56.) |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|------|------|------|------|------|
| 1/11/07 4:48 pm | 167 | Ernest Glover | Suggs: "Well call me as soon as you leaving there, I can just shoot right to the house and we can pull up at the same time or whatever."<br><br>Glover: "Yeah, I need you, Yeah Yeah. I need you to meet me cause I . . . got to see somebody at 6:30 you know." | None. |
| 1/11/07 6:24 pm | 173 | Ernest Glover | Suggs: "I got, what you wanted, the same pockey book you got Sue down at UI"<br><br>Glover: "Yeah, Yeah, the same, Yeah the same pockey book Baby."<br><br>Suggs: "Ok, you at the house?"<br><br>Glover: "I'll be there in bout, uh, bout 12 minutes, in 12 minutes."<br><br>Suggs: "Ok. I'll meet you there." | None. |
| 1/11/07 6:47 pm | 175 | Ernest Glover | Suggs: "I'm en route baby. I'm en route. Coming through. I'm coming through."<br>. . .<br>Glover: "I'll see you when I get there."<br><br>Suggs: "OK. I'm right behind you." | None. |
| 1/11/07 6:47 p.m. | 183 | Ernest Glover | Suggs: "Where you at Slim?"<br><br>Glover: "Right here by the Kentucky Fried Chicken bout to make the turn North Capitol."<br><br>Suggs: "Oh, I'm in front of your house."<br><br>Glover: "Alright here I come." | None. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|------|------|------|------|------|
| 1/11/07 7:16 pm | 181 | Julian Johnson | Johnson: "What's going on with you?" Suggs: Nothing, just moving around for a minute. What's happening?" Johnson: "Ain't nothing. Waiting on you to slide back through. I wish you could've like you just did." Suggs: "Oh man you terrible. How much you use all of us going the whole nine yards?" Johnson: "I am Bob, but s*** you talkin' bout you moving around. S*** I thought you would have my little luggage with you or something." Suggs: "Oh na, hell nah. Give me about 30 minutes." | Bevington testified that Johnson was "looking to be supplied with PCP." (2/19/08pm Tr. at 58.) |
| 1/11/07 8:13 pm | 186 | Ernest Glover | Glover (talking about "Brother"): "Man don't want to work a job, man don't want to do nothing App. He just want to walk around look slick, talk slick and gamble, you know. That man ain't trying to do nothing concrete and serious." Suggs: "He gotta get something to cover him up though man." | Bevington testified that "Brother" was a reference to Price and that what Suggs was saying about him was that "Price needs to have a job so he appears to be getting money legitimately." (2/27/08am Tr. at 96-97) |
| 1/11/07 8:32 pm | 191 | Julian Johnson | Suggs: "On my way to bring you this hair dryer. What you want, the hair dryer that you asked me bout earlier." Johnson: "What you say?" Suggs: "I say you want me to bring you the hair dryer that you asked me bout earlier?" Johnson: "Yeah." . . . Suggs: "Alright, I'm on my way." | Bevington was asked to describe Johnson's hair style, and he testified that Johnson's "hair was cut very short or very close." (2/19/08pm Tr. at 57.) |
| 1/11/07 10:59 pm | 193 | James Parker | Voicemail message from Parker: "Give me a call back man, so I can um, I definitely you know want my order to get off. You know what I'm saying?" | None. |

3

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|------|-------------------|-------------|--------------------------|--------------------------------|
| **1/12/07 11:17 am** | 199 | Ernest Glover | Glover: "Remember last night, we got together."<br><br>Suggs: "Yeah."<br><br>Glover: "Yeah, Yeah. I bumped into a little buddy of mine right, we was getting together man, and uh, he called me back today, said he ain't, he ain't care for that man."<br><br>Suggs: "He ain't care for it?"<br><br>Glover: "Yeah, yeah, yeah."<br><br>Suggs: "S***, I don't know why. Ain't nobody else."<br>. . .<br>Glover: . . . "you know this the first I heard of this . . . .<br>. . .<br>Suggs: "Everything was proper, you know." | See Activation 248 below. |
| **1/12/07 11:20 am** | 200 | Ernest Glover/ James Parker | Parker: "I got to wait for the people though you know, but I'm ready to see you though. You know what I'm saying."<br><br>Suggs: "Okay, I'll call you when I come out of the barber shop."<br><br>Suggs switches to call with Ernest Glover.<br><br>Glover: ""everyone got different opinions"<br>. . .<br>Suggs: "when I hit her you know yesterday . . . it ain't have no smell to it or nothing." | See Activation 248 below. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|---|---|---|---|---|
| **1/12/07 11:46 am** | 205 | Helery Price | Price: I need to hollar at you when you get a chance." <br><br> Suggs: "I'm gonna come through there. Everything cool?" <br><br> Price: "Yeah, everything's cool. . . . And give me a sample of that book man. I got a somebody want, a motherfucker might want to holler and look at the book man." <br> . . . <br> Suggs: "I'm gonna just hit you as soon as I get off." | None. |
| **1/12/07 2:28 pm** | 226 | Helery Price | Suggs: "I'm still at work . . . I'm gonna call you and we'll go from there man." <br><br> Price: "Okay, bring that . . . uhm . . . what-u-call-em" <br><br> Suggs: "I got you." <br><br> Price: "Alright." <br><br> Suggs: "Yeah that Sister Sister Magazine you want me to look at right?" <br> . . . <br> Suggs: "Okay, I'll call you when I'm on my way . . . ." | None. |
| **1/12/07 4:00 pm** | 244 | Helery Price | Suggs: "Alright, you ain't not f*** that try up already on the UI did you Fool?" <br><br> Price: ". . . Naw I'm a holding baby. . . . And another trey will come in you know fuck that shit." <br><br> Suggs: "Oh yeah, yeah we gonna be alright. I'm waiting on you though Fool. I'm alright well I'm, I'm just waiting on you man. . . . I'm a hit you up shortly man I just came through." | None. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|---|---|---|---|---|
| **1/12/07 4:02 pm** | 248 | Ernest Glover | Glover: "I told them man I—I'm just going to go ahead man and uh, and uh uh, I told them to make sure I'm proper . . . ." . . . <br><br> Suggs: "Like, tell you this, he hit the cousin, and, you know, and the cousin ain't complain." | Bevington testified that "what was going on" in the series of calls between Suggs and Ernest Glover on January 12, 2007 (Activations 199, 200, 248), was that "Mr. Suggs sold Mr. Ernest Glover a quantity of PCP, which Mr. Ernest Glover then resold to another customer, well actually, two customers. One of the customers had complaints about the quality of the PCP and the other one did not." He also testified that Suggs' response to Glover was that "from everything he had heard from his other customers, everything was fine and proper." |

**January 12, 2007**      Videotaped meeting between Lonnell Glover and Cornell Glover at which Lonnell gave Cornell a bottle containing liquid.

**January 13-18, 2007      Calls recorded by Suggs Wiretap**

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|---|---|---|---|---|
| **1/13/07 3:45 pm** | 340 | Ernest Glover | Suggs: "What's the deal with you." <br><br> Glover: Ain't too much man I'm holla at little young n***** today man. He said his brother say he going to keep his though." . . . <br> Suggs: "Like I told you, I ain't, I ain't got no problem you know so like." . . . <br> "I told you everything proper on my end." | None. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|---|---|---|---|---|
| **1/13/07 9:13 pm** | 384 | Helery Price | Price: ". . . I want, you know what I asked you, uhm, the other day"<br><br>Suggs: "Yesterday?"<br><br>Price: "Yeah, yeah."<br><br>Suggs: ". . . I'm gonna try to get at you [as] soon as the game."<br><br>Price: "Naw, naw, maybe tomorrow for sure. Tomorrow though come, come and see me tomorrow."<br>. . .<br>Price: "Hit me tomorrow cause them peoples been pressing me for real." | None. |
| **1/13/07 11:19 pm** | 292 | Ernest Glover | Glover: "ok just hit me in the morning or something you know."<br>. . .<br>Suggs: "I'm working tomorrow. When I get off I'll hit you we go from there." | None. |
| **1/14/07 6:47 pm** | 446 | Glendale Lee | | None. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|------|-------------------|-------------|--------------------------|-------------------------------|
| **1/15/07 2:48 pm** | 534 | Helery Price | Price: "You got that information I wanted you uh, I wanted somebody to look at?"<br><br>Suggs: "Yeah, I have it for you later on Fool, I'm just doing some moving around. Yea, but yeah I already put that to the side though."<br><br>Price: "Okay, okay."<br>. . .<br>Suggs: "I'll hit you soon as I can." | Agent Bevington testified as to this exchange that: "I believe that [Price] wants to know if Mr. Suggs has the drugs he was looking for." (2/27/08am Tr. at 98-99.)<br>He explained that he came to this opinion because:<br>"For several days they've been talking back and forth. And originally, Mr. Price had asked for a sample of that book. Then when Mr. Suggs called him back later, he made references to a Sister Sister magazine. And now, it's information, and it's in that series of conversations. They've changed the code multiple times. But they're clearly not talking about or using the same words to talk about what they're talking about." (2/27/08am Tr. at 99.) |
| **1/15/07 3:34 pm** | 546 | Glendale Lee | Suggs: "Yeah, what's the deal what's up?"<br>. . .<br>Lee: "A two, one for Doc and one for me."<br><br>Suggs: "Oh okay, where you at?"<br><br>Lee: "I'm in the house getting ready to put my clothes on."<br>. . .<br>Suggs: "Alright, I'm on my way." | None. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|---|---|---|---|---|
| **1/15/07 7:10 pm** | 564 | Helery Price | Price: "Let me holla at you man when you get a chance." <br><br> . . . <br><br> Suggs: ". . . I'll call you when I'm on my way in town." | None. |
| **1/16/07 2:51 pm** | 596 | Helery Price | Price: "Just waiting on you." <br><br> Suggs: Okay give me about 30 minutes. I'll hit you right back then." | None. |
| **1/16/07 3:36 pm** | 606 | Helery Price | Price: "Oh everything's still all good. I'm just waiting for . . . uhm . . . my little lady friend . . . a come and get her daughter man. And then I, I'll be, I'll be right there with you." <br><br> . . . <br><br> Suggs: "Okay just hit me then. I'm waiting on you." | None. |
| **1/16/07 5:08 pm** | 621 | Helery Price | Suggs: . . . you on the club right?" <br><br> Price: "Naw I ain't even, I ain't even, I ain't even in the club. I can, I can meet you down there though. I'll meet you down there though." <br><br> Suggs: "Alright, I'm right here." | None. |
| **1/16/07 5:11 pm** | 623 | Price | Suggs: "I'm already at the light. Where you at Fool?" <br><br> Price: "Oh okay I'm at, I'm at um by the a tell." | Law enforcement was listening to the series of calls between Suggs and Price on 1/16/07 and tried to set up surveillance. (See 2/27/08pm Tr. at 7.) |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|---|---|---|---|---|
| **1/16/07 5:30 pm** | 628 | Helery Price | Suggs: "Now that other car just pulled back up man. You better be careful down there at that spot man."<br><br>Price: "What other car?"<br><br>Suggs: "The other care I told you about. The brown car."<br><br>Price: "Where at? The same spot?"<br><br>Suggs: "Yeah. It just pulled back around when I was pulling off."<br><br>Price: "Oh well that car ain't nothing though. . . ."<br>. . .<br>Suggs: "Did you look at the antenna on the back of the joint?" . . . "I just don't like that look down there man." . . . "When I was leaving I seen that other joint pulling back around."<br><br>Price: "Alright Fool. Might got to get another venue then." | Agent Bevington testified that he heard from the "wiretap room" that "Mr. Suggs and Mr. Price were talking about our cares, and we decided to discontinue the surveillance at that time." (2/27/08am Tr. at 9.) |

10

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|------|-------------------|-------------|--------------------------|--------------------------------|
| **1/16/07 10:43 pm** | 649 | Glendale Lee | Lee: ". . . I'm waiting for this little dude to hit me back."<br><br>Suggs: "Alright. . . . I just see you tomorrow when I get off."<br>. . .<br>Lee: "But, I got that other little, just, just f*** it.  I'm just gonna tell him to just wait til tomorrow then."<br><br>Suggs: "Why what's wrong?  What he need . . .."<br>Lee: "Cause I got little dude mam trying, he trying to do, you know what I'm saying?  But he counting, he counting his scratch."<br><br>Suggs:  "Oh."<br><br>Lee: "He said he was going to call me back in 10 minutes."<br><br>Suggs: "Oh, alright well just, I mean just tell him to wait til tomorrow.  I ain't even coming back out tonight." | None. |
| **1/17/07 3:07 pm** | 712 | James Parker | Parker: "I told you I need to holler."<br><br>Suggs: "I know it, I ain't gonna be able to get to you until later on tonight though. . . ."<br>. . .<br>Suggs: "Hey why the phone keep clicking like that?"<br><br>Parker: "She clicking?"<br>. . .<br>Suggs: "You don't hear like click?  Hey look, hand up and I'm gonna call you right back." | None. |
| **1/17/07 5:05 pm** | 727 | Glendale Lee | Lee: ". . . I need you to bring one too."<br><br>Suggs: "Alright, I'm a call you later on . . . ."<br><br>Lee: "Okay I got, alright, alright I let him know I will meet him later on then." | None. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|---|---|---|---|---|
| **1/18/07 5:26 pm** | 825 | Lonnell Glover | Transcript of call missing from record. | Agent Bevington testified that "[f]rom this call we knew they were going to meet." (2/19/08pm Tr. at 47.) |
| **1/18/07 6:49 pm** | 843 | Helery Price | Suggs: "I just ain't like that look the other day, though, you know." <br><br> . . . <br> I say we just got to rap, make sure everything cool. I just ain't like that look the other day down there, you know." <br><br> . . . <br> Price: "I think, I think, I think its alright though, I, I, I didn't you know, I didn't get no bad vibes." <br><br> Suggs: "Oh, okay. Alright." <br><br> Price: "I think everything good." <br> . . . <br> Suggs: "I'm gonna make a run." <br><br> Suggs: "You coming back out tonight?" <br><br> Price: "S*** I ain't got no choice to come out. I ain't got no choice. He going to call me back in 15 minutes." <br> . . . <br> Suggs: "I'm saying give me about an hour Fool and I'll hit you right back let me see what's happening." | None. |
| **1/18/07 8:26 pm** | 853 | Helery Price | Transcript of call missing from record. | None. (*See* 2/27/08pm Tr. at 10.) |

**January 18, 2007**     Surveillance of meeting between Suggs and Lonnell Glover. (2/19/08pm Tr. at 47.)

**January 19-20, 2007**     **Calls recorded by Suggs Wiretap.**

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|------|-------------------|-------------|--------------------------|-------------------------------|
| 1/19/07 9:14 pm | 943 | Helery Price | Suggs: "I'm waiting baby. I ain't forgot about you." . . . Price: ". . . Cause they keep calling me. . . ." Suggs: "Yeah, I know it. I'm laying on you know. I'm just waiting on a call." Price: "Oh, okay. But if um." . . . Price: "But it suppose to be all good though huh." Suggs: "Yeah. They gonna hit me tonight I'm just waiting on my call." Price: "Okay." "Yeah so as soon as he hits me I gonna hit you." | Agent Bevington testified that when Suggs' said "I'm laying" it "refers to waiting." (2/27/08pm Tr. at 10.) |
| 1/20/07 11:31 am | 971 | Lonnell Glover | Transcript of call missing from record. | Agent Bevington testified that during this call Suggs and Lonnell Glover discussed meeting at Home Depot. (2/19/08pm Tr. at 48-49.) |

**January 20, 2007**     Videotaped surveillance of meeting between Suggs and Lonnell Glover at Home Depot. (*See* 2/19/08pm Tr. at 49.) Later that day, a cooperating witness made a controlled purchase from Suggs. (See 2/19/08pm Tr. at 50.)

**Jan. 21- March 22, 2007      Calls recorded by Suggs wiretap.**

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|------|-------------------|-------------|--------------------------|-------------------------------|
| **1/21/07 7:58 pm** | 1054 | Julian Johnson | Johnson: "What cha lookin like over there?"<br><br>Suggs: "Uh what cha mean, on uh s*** on the store tip?"<br><br>Johnson: "Yeah."<br><br>Suggs: "S*** uh what's that sixteenth uh over there by uh what's that, southeast that it use to be at?"<br><br>Johnson: "Yeah."<br><br>Suggs: "Yeah sixteenth street yeah over there sixteenth place you know where the store at over there."<br><br>Johnson: "Oh ok."<br><br>Suggs: "Um Um yeah god damn boy you must be moving a lot of furniture around in the basement huh?"<br><br>Johnson: "S***, I mean you ain't put me on nuttin but 32nd street . . . that's gone."<br>. . .<br>"I might need to come see you though,"<br><br>Suggs: "Ok.  How long you gonna be before you come over here?" | Agent Bevington testified that the references to 16th Street and 32nd Street were significant because "PCP is commonly sold in quantities of 16 ounces and 32 ounces" and that what this exchange meant was that "Mr. Suggs is indicating he has 16 ounces and Mr. Johnson comments that you previously supplied me with 32 ounces." (2/19/08pm Tr. at 59-60.) |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|------|-------------------|-------------|--------------------------|-------------------------------|
| **1/22/07 5:17 pm** | 1121 | Helery Price | Price: "Man moth[]erf****** pressing me baby. . . ."<br><br>Suggs: "Yeah. They still got us at a stand still though champ you know"<br><br>Price: "Oh yeah."<br><br>Suggs: "You know when something lift up I'm gonna let you know. . . ."<br><br>Price: "Okay I thought maybe you got spooked or something . . ., you know."<br><br>Suggs: "Naw, hell naw, man. . . . I'm just holding on man."<br>. . .<br>Suggs: "Yeah but soon as I get a call Fool I'm gonna hit you up, baby."<br><br>Price: "Yeah, them niggas pressin. You hear me man?" | None. |
| **1/22/07 6:35 pm** | 1135 | Ernest Glover | Suggs: "Ah ain't nothing in the house. What's going on? Waiting on cuz to hit me back, I had just called him."<br><br>Glover: "You did."<br><br>Suggs: "Yeah I'm just waiting on him to get back in touch with me."<br>. . .<br>Glover: ". . . just checking with you . . . ."<br><br>Suggs: "Yeah I'm just laying on him. He said he was gonna come holler at me . . . ." | None. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|---|---|---|---|---|
| **1/22/07 8:49 pm** | 1163 | Glendale Lee | Suggs: "What's happening? <br><br> Lee: "What you in the house?" <br><br> Suggs: "Nah, I'm moving around." <br> . . . <br> Lee: "I need to get one." <br><br> Suggs: "Where you at?" <br><br> Lee: "I'm sitting up at Takoma Station right now." <br><br> Suggs: "Alright, cause I, what's up is everything there or what?" | None. |
| **1/22/97 9:29 pm** | 1179 | Glendale Lee | Suggs: "I'm about to ride up there, you in the station now?" <br> . . . <br> "I say I'm gonna ride up there.  You need me to ride up there?" <br><br> Lee: "Yeah if you want to." <br><br> Suggs: "Alright, I be up there." | None. |
| **1/22/07 9:39 pm** | 1182 | Glendale Lee | Suggs: "I'm outside . . . ." <br><br> Lee: "Alright." | None. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|---|---|---|---|---|
| **1/23/07 5:29 pm** | 1247 | Julian Johnson | Suggs: "Yeah man but a, suppose to, some more of the real estate supposedly back in the weekend man. I waited on you, I seen you ain't called me, s*** you know?" . . . "I can't hear you, what happen?" Johnson: "Did you hold them three down?" Suggs: "Nah, I'm saying, I'm going to give it to you all at one, I got you." . . . "He don't want nothing in life, then every thing he do, he got to discuss with Big John; that's another issue I got with him. I don't want John in my business, don't know John feeing you everything you wind me up. . . . "Yeah, John gonna be the first motherf***** to get on that stand on us if, if they snatch him up about something." . . . "Uh huh, yeah and then gonna run to the next crew and tell them what's going on with us." | Agent Bevington testified that Suggs and Johnson were talking about Lee and another associate, John, and that "Mr. Suggs is concerned that Glendale Lee is telling John everything that they're doing, and if John is arrested for something he will testify against them." (2/25/08pm Tr. at 55.) |
| **1/23/07 6:35 pm** | 1262 | Glendale Lee | Voicemail message: "Cuz give me a call I need two of those tickets." | None. |
| **1/23/07 7:21 pm** | 1283 | Glendale Lee | Suggs: "I'm with my partner now. I'm gonna call you back in an hour." . . . Lee: ". . . I got a few people waiting." | None. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|---|---|---|---|---|
| **1/23/07 9:41 pm** | 1301 | Glendale Lee | Suggs: "Yeah man the, the peoples has got me waiting that's why I didn't hit you back yet cause I still laying man. I mean we together, but I'm just waiting on him to, you know."<br><br>Lee: "Oh okay."<br><br>Suggs: "That's why I didn't call you back yet. Where you in the house?"<br><br>Lee: "No, I'm sitting on the block. I'm just going to tell them peoples they got to wait."<br><br>Suggs: "Yeah just tell the[m] to hold on that's all. I'm just waiting on him to you know take care what he got to do." | Bevington testified that when Suggs says that he's "still laying," what that means is that Suggs is "still waiting on his source of supply." (2/25/08pm at 57.) |
| **1/24/07 2:45 pm** | 1345 | Glendale Lee | Lee: "What's going on?"<br><br>Suggs: "Yeah it is suppose to be sometime later this evening man."<br><br>Lee: "Alright."<br>. . .<br>Suggs: ". . . I'll call you as soon as I'm able to get in touch with him." | None. |
| **1/26/07 3:25 pm** | 1467 | James Parker | Suggs: "What's going on with you . . . .?"<br><br>Parker: ". . . I'll be up there later on a holler at you a little later on though." | None. |
| **1/26/07 10:31 pm** | 1529 | Julian Johnson | Suggs: "What's up Joe?"<br><br>Johnson: "I'm right here waiting on you. I got that thing for you."<br><br>Suggs: "What thing Bob?"<br>Johnson: "That little balance I owe you." | None. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|---|---|---|---|---|
| **1/30/07 1:47 pm** | 1800 | Ernest Glover | Glover: "Cuz ain't call you back yet."<br><br>Suggs: "Naw man s***, I'm still laying . . . ."<br>. . .<br>"Motherf***** got me frustrated as a motherf***** . . . ."<br><br>Glover: ". . . His s*** should be in motion in a minute you know?"<br>. . .<br>"Yeah, he say waiting on them to call him. He got all, he got all paper ready to go you know?" | None. |
| **2/3/07 6:02 pm** | 2083 | Ernest Glover | Suggs: "Yeah, you talk to ole Helery Price man?"<br><br>Glover: "Who?"<br><br>Suggs: "Talk to Bro?"<br><br>Glover: "Nah, ain't talk to him man. I ain't talk to Brother in a while man."<br><br>Suggs: I heard that creep ass called and checked on him. I just ain't heard from him you know."<br><br>Glover: Brother ain't hitting on nothing. Brother don't want nothing man. That joker don't want nothing Jack."<br><br>Suggs: Yeah, man."<br><br>Glover: "Only think Brother do walk around look slick and talk slick, you know."<br><br>Suggs: "Old Brother Price." | None. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|---|---|---|---|---|
| **2/3/07 6:57 pm** | 2093 | Helery Price | Suggs: ". . . man we should um have that a apartment cleaned out one day this week you know."<br><br>Price: "Huh?"<br><br>Suggs: ". . . we should have that apartment cleaned out one day this week then you can move in there you know?"<br><br>Price: "Oh yeah."<br><br>Suggs: "Yeah but other than that ain't nothing going on. . . ." | Bevington testified that Suggs' reference to an "apartment" was him "letting Mr. Price know that he should have PCP for sale the following week." (2/27/08pm Tr. at 12.) |
| **2/5/07 2:14 pm** | 2227 | Ernest Glover | Glover (talking about Greg Butler): "he owed me a tray. He give me a deuce . . . ."<br><br>Suggs: "Oh ok."<br><br>Glover: ". . . [H]e gave me a piano though."<br><br>Suggs: "I told you Greg want to be in the game so bad."<br><br>Glover: "Yeah, he sure do . . . ." | Bevington testified that the word "tray," was a "code word" for "three, three hundred, three thousand. In this particular context I would say three thousand because he talks about a d[e]uce and then a piano" and "[a] piano is a code for a "thousand dollars, like a grand piano, a grand." (2/21/08pm Tr. at 8.) |
| **2/10/07 8:40 pm** | 2545 | Ernest Glover | Glover: "[C[ousin though ain't got back at you? What's up with old cuz though man?"<br><br>Suggs: ". . . Motherf***** just got us laying . . . ." | None. |
| **2/22/07 2:45 pm** | 3245 | Helery Price | Price (background conversation picked up on voicemail): "I know he ain't got nothing. He'd a been called. The way we was moving that shit." | None. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|------|------------------|-------------|--------------------------|-------------------------------|
| **3/10/07 11:16 am** | 4377 | Joe Joe | Joe Joe: "I talks to . . . Ernie about, about ten something right." <br><br>. . . <br>"I said look man, I'm trying to holla at you real brief . . . ." <br><br>. . . <br>Suggs: "Yeah, he might not want you to see him or something. He's probably twisted man, knowing him, you know." | None. |
| **3/10/07 3:29 pm** | 4391 | Ernest Glover | Glover: "I just seen your man Jo Jo." <br>Suggs: "Yeah he just called me saying he was trying to contact you. I'm out of town. . . ." <br><br>. . . <br>"What's going on with old tough ass Jo Jo?" <br>Glover: "[H]e called me to get me to go all the way up to Edgewood man. I'm toting everything and them mother f****** ain't got their money ready or nothing." <br><br>. . . <br>"He called me this morning to come by and see him we talked. So I said well Jo Jo you know ah. Right now I ain't got my house ready yet but when I get my house ready . . . I give him a call . . . . I gets up there, I'm sitting around about 20 minutes in the car waiting for him to come out of the building and he comes out of the building, man, he ain't got no, no motherfucking Ns." | None. |
| **3/19/07 5:10 pm** | 5231 | Helery Price | Voicemail: "Apple give me a call man. I need to hear from you man. It's . . . urgent man. . . . You know what's going on man. Give me a call man. I need to hear from you." | None. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|------|-------------------|-------------|--------------------------|--------------------------------|
| **3/19/07 5:40 pm** | 5239 | Helery Price | Suggs: "Can I speak to Brother?"<br><br>Price: "Damn Fool."<br>. . .<br>"Man I tell you man you need to come holla at me man."<br><br>Suggs: "I'm on my way Fool . . . ."<br>. . .<br>Price: "But just come on man, cause I need you a to go take care of something real quick."<br><br>Suggs: "Alright I'm a come talk to you." | None. |
| **3/19/07 7:40 pm** | 5255 | Helery Price | Suggs: "Be right there in 20 minutes." | None. |
| **3/21/07 9:18 am** | 5355 | Helery Price | Price: "I should be hitting you a in a day or so." | None. |
| **3/22/07 8:43 pm** | 5443 | Helery Price | Voicemail message: "Fool answer your phone man, f*** you don't like moola or what?" | None. |

**March 22, 2007**  Truck bug installed.

**March 27, 2007**  Search of Suggs' home: items seized included seven bottles of PCP, buckets that smelled of PCP and had PCP residue, air freshener, a measuring cup, funnel, fingerprint on bucket, $7,000 in cash (all from basement), and seven 32-ounce bottles of PCP in attic.

**March 27, 2007**  Truck Bug Activation #83 (Lonnell Glover and Christian Donaldson): Did not incriminate Helery Price or Ernest Glover.

**March 27-Apr. 3, 2007**  **Calls recorded by Suggs wiretap.**

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|------|-------------------|-------------|--------------------------|--------------------------------|
| **4/1/07 8:47 pm** | 6104 | Glendale Lee | Lee: "Hey Cuz bring me a deuce."<br><br>Suggs: "Alright okay I see you when I get there." | None. |

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|------|-------------------|-------------|--------------------------|-------------------------------|
| **4/3/07 12:05 pm** | 6206 | Helery Price | Suggs: "What's happening with you baby?" <br><br> Price: "I want you just to come holler at me when you get a chance." <br><br> Suggs: Okay I'll call you as soon as I get to the yard to my car. Give me about 30 minutes." | None. |
| **4/3/07 3:01 pm** | 6215 | Helery Price | Suggs: "I'm leaving out the door now . . . ." | None. |
| **4/3/07 4:48 pm** | 6225 | Helery Price | Price: "Yeah what's up?" <br><br> Suggs: "I'm in route . . . I be there in about 20 minutes. Be looking out for me." | None. |
| **4/3/07 5:16 pm** | 6229 | Helery Price | Suggs: "Come on outside." <br><br> Price: "Man you been having me sit still for hours man." <br> . . . <br> Suggs: "My bad I'm pulling up. Give me 2 minutes. I'm coming around the corner . . . ." | None. |
| **4/3/07 6:09 pm** | 6233 | Helery Price | Price: "I um have, some, somebody want a to holler, I need to holler at you though man." <br> . . . <br> Suggs: "Alright. I'll ride down there cause I got to come back that way anyway." | None. |
| **4/3/07 8:37 pm** | 6245 | Helery Price | Price: "Yeah man its on schedule, baby. I'm waiting on you man." <br><br> Suggs: "Hey look I don't like. I'm saying I'm a just come to your aunt's joint man where I seen you at earlier and leave you them invitations." <br> . . . <br> "I rather come back to you aunt joint man and see you." <br> . . . <br> "I'm going be in route so be looking out for me." <br><br> Price: "Alright Fool." | None. |

23

**April 3, 2007**        Truck Bug # 91 (Lonnell Glover and Suggs): Incriminated Helery Price.

**April 6, 2007**        **Calls recorded by Suggs wiretap.**

| Date | Activation Number | Other Party | Excerpts from transcript | Testimony from Agent Bevington |
|---|---|---|---|---|
| **4/6/07** | 6377 | James Parker | Parker: "I'm a try to holla at you . . . ."<br><br>Suggs: "Alright. When you coming back?"<br><br>Parker: "I'm a go ahead and I coming back tomorrow . . . ."<br><br>Suggs: "Oh yeah yea, I'm just saying. I, I ain't know what was going on man. We go to get on page together you know?"<br><br>Parker: "Yeah. I was calling you . . . . I was looking for your ass." Suggs: "[W]hat you want me to do? Do you want me to holler at your roommate later on or, or how do you want to do it. . . . "<br><br>Parker: "Yeah man umm. I'm a, I'm a call him up now, right. And tell him that you know, say everything good with him though."<br><br>Suggs: "Okay."<br><br>Parker: "He, he, he, he knows what to say to you."<br><br>Suggs: "Alright."<br><br>Parker: "And he know to carry it so, you just, you know . . . ." | None. |
| **4/6/07 7:58 pm** | 6401 | James Parker | Parker: "my roommate . . . he's waiting on you." . . .<br>Suggs: "[T]ell him I'll ride out there about nine." | None. |

**April 7, 2007**        Suggs wiretap ends. Agent Bevington testified that the wiretap was taken down because the focus of the investigation was shifting to his supplier, Lonnell Glover, and identifying his other customers and his source of supply. (*See* 2/27/08pm Tr. at 20.)

**April 9, 2007**        Truck Bug #186 (Lonnell Glover and Suggs): Incriminated Ernest Glover.

**May 4, 2007**      Truck Bug #604 **(**Lonnell Glover and Suggs): Incriminated Helery Price.

**May 22, 2007**     Truck Bug #706 (Lonnell Glover and Cornell Glover): Incriminated Ernest Glover.

**May 31, 2007**     Search of James Parker's apartment: From the kitchen, the items seized included two bottles containing PCP residue; a plate with PCP residue; a box holding quarter-ounce glass bottles; a funnel; a scale; and a cigarette-like item used for smoking PCP (2/20/08pm Tr. at 87-89, 91); from Parker's bedroom, the items seized included several glass bottles that smelled like PCP and several smaller vials; (2/20/08pm Tr. at 90-91

**June 19, 2007**    Truck bug terminated.

Search of Ernest Glover's house: Items seized included $, digital scale, $1 bill with heroin on it; little baggies (one with heroin in it); two shoe boxes filled with small glass bottles and tops, two turkey basters, two eye droppers, juice bottle with 178.1 grams PCP (Cornell Glover's fingerprints were on the shoebox); 2 vanilla extract bottles with 6.2 grams PCP, two funnels, turkey baster, shotgun, rifle, boxes of ammunition.

Arrest of Suggs. Items seized included $3,296 in cash and two cell phones (one was the one that had been wiretapped). Cell phone "contacts" matched Helery Price's number with the name "Brother."